ACCEPTED
06-15-00052-CR
SIXTH COURT OF APPEALS
TEXARKANA, TEXAS
11/19/2015 11:47:06 AM
DEBBIE AUTREY
CLERK

## ORAL ARGUMENT WAIVED

CAUSE NOS. 06-15-00052-CR

IN THE

COURT OF APPEALS

FILED IN
6th COURT OF APPEALS
TEXARKANA, TEXAS
11/19/2015 11:47:06 AM
DEBBIE AUTREY
Clerk

SIXTH APPELLATE DISTRICT OF TEXAS AT TEXARKANA

RALPH BARBA, JR., Appellant

V.

THE STATE OF TEXAS, Appellee

ON APPEAL FROM THE 102ND JUDICIAL DISTRICT COURT
RED RIVER COUNTY, TEXAS; HONORABLE BOBBY LOCKHART'
TRIAL COURT NO. CR02113

# APPELLEE'S (STATE'S) MOTION TO EXTEND TIME FOR FILING BRIEF

Val J. Varley
Red River County and District Attorney
Red River County Courthouse
400 North Walnut Street
Clarksville, Texas    75426-4012
(903) 427-2009
(903) 427-5316 (Fax)

**ATTORNEY FOR STATE OF TEXAS**

1

CAUSE NO. 06-15-00052-CR

IN THE

COURT OF APPEALS

SIXTH APPELLATE DISTRICT OF TEXAS AT TEXARKANA

RALPH BARBA, JR., Appellant

V.

THE STATE OF TEXAS, Appellee

ON APPEAL FROM THE 102ND JUDICIAL DISTRICT COURT
RED RIVER COUNTY, TEXAS; HONORABLE BOBBY LOCKHART'
TRIAL COURT NO. CR02113

# APPELLEE'S (STATE'S) MOTION TO EXTEND TIME FOR FILING BRIEF

TO THE HONORABLE SIXTH COURT OF APPEALS AT TEXARKANA:

COMES NOW, the State of Texas, by and through the elected County & District Attorney, Val J. Varley, and the Red River County & District Attorney's office ("the State"), respectfully submits this Motion to Extend Time to File the Appellee's (State's) Brief under Rules 10 and 38 of the Texas Rules of Appellate Procedure. The State moves this Court pursuant to the Texas Rules of Appellate Procedure for an extension of time in which

2

to the Appellee's (State's) Brief upon good cause shown below.

I.

On or about October 21, 2015, the appellant (Ralph Barba, Jr.) filed his brief in the above-styled and numbered appellate causes.

The State's Brief is currently due on or before Friday, November 20, 2015. The State seeks an additional thirty (30) days in which to file its brief.

II.

This is an appeal from the 102ND Judicial District Court of Red River County, Texas. The District Court cause number was CR2113.

III.

In this Court, the appellant filed his Notice of Appeal on or about March 26, 2015. The District Clerk of Red River County filed the Clerk's Record on or about June 17, 2015. The official court reporter filed the Reporter's Record on or about August 20, 2015.

IV.

The present deadline for filing Appellee's (State's) Brief is Friday, November 20, 2015. The State has not previously sought an extension to file its brief.

V.

Since the filing of the appellant's brief on October 21st, the appellee (State) seeks an additional thirty (30) days in which to file its brief for good cause because counsel for the appellee (State) had criminal dockets, including grand jury proceedings on October 29, 2015 and hearings for pretrial motions and revocations beginning on Monday, November 2, 2015 in the 102nd District Court of Red River County. On November 3rd, counsel for the State had hearings on juvenile cases. On November 4th, counsel for the State had a criminal docket for pleas in the County Court of Red River County. On November 5th, counsel for the State had an appointment with a trial attorney, which included a review of the evidence and a discussion preceding re-trial, in cause number CR1125 styled *The State of Texas v. Billy Ray Bryant* in the 102nd Judicial District Court of Red River County.

On Monday, November 9th, counsel for the appellee (State) had a non-jury criminal docket for arraignments, pre-trial motions, revocations, juvenile proceedings and CPS proceedings. Finally, counsel for the State met with, and talked to, witnesses for a capital murder trial.

Again, on November 10th, counsel for the State was meeting with, and talking to, witnesses for the capital murder trial. On November 12th, counsel for the State prepared for a county-wide auction and sale for seized contraband property in asset forfeiture cases, which took place on November

4

14, 2015. On Friday, November 13th, the County and District Attorney's Office of Red River County was closed.

Beginning on Monday, November 16th, counsel for the State had bench trials in the following cause numbers: CR02304 and CR02305 styled *The State of Texas v. John Toby Dye* on November 16, 2015; CR02348, CR02349 and CR02350 styled *The State of Texas v. Lance Black* on November 17th. Counsel for State had a meeting with County school superintendent to discuss truancy in the county on November 19, 2015.

Finally, on November 19th, counsel for the State was preparing for grand jury proceedings, which were scheduled for November 24, 2015.

Due to these circumstances, counsel for the appellee (State) was unable to complete the necessary research to prepare the appellee's (State's) brief in this appellate cause, thus necessitating this first request for an extension of time. Insufficient time now remains to complete the Appellee's (State's) Brief; but if the time is extended another thirty (30) days to Monday, December 21st, the State will, or should, have sufficient time for completion with the time as extended.

## VI.

The purpose of this motion is not for delay, but so that justice may be had by all parties. Appellee (State) requests that an extension of time be

5

granted until Monday, December 20, 2015 for the filing of Appellee's (State's) Brief.

WHEREFORE, PREMISES CONSIDERED, the State of Texas prays that upon final submission of this motion to the Court's motion docket, this Court grant this Motion to Extend Time to File Appellee's (State's) Brief in its entirety and grant an additional thirty (30) days in which to file its Brief on or before Monday, December 20, 2015; and for such other and further relief, both at law and in equity, to which it may be justly and legally entitled.

Respectfully submitted,

Val J. Varley
Red River County and District Attorney
Red River County Courthouse
400 North Walnut Street
Clarksville, Texas    75426-4012
(903) 427-2009
(903) 427-5316 (Fax)

By:_/s/Val Varley_____
        Val J. Varley
        SBN # 20496580

**ATTORNEY FOR STATE OF TEXAS**

## <u>VERIFICATION</u>

THE STATE OF TEXAS

COUNTY OF RED RIVER

BEFORE ME, the undersigned authority, on this day personally appeared Val J. Varley, who after being duly sworn stated:

I am the attorney representing the Appellee in the above-styled and numbered appellate cause. I have read the foregoing Motion to Extend Time to File Appellee's Brief and the facts and allegations contained are known to me and they are true and correct to the best of my knowledge.

/s/Val Varley
Val J. Varley

## CERTIFICATE OF SERVICE

This is to certify that in accordance with Tex. R. App. P. 9.5, a true copy of the Motion to Extend Time for Filing Appellee's (State's) Brief has been served on the 19th day of November, 2015 upon the following:

Don Biard
Attorney at Law
38 First Northwest
Paris, TX    75460

/s/ Val Varley
VAL J. VARLEY